*Decisions by the Presiding Justice on Application to Appeal from the Appellate Term.*

HOWARD O. PATTERSON, as Receiver, etc., Appellant, v. DAVID KATZ and Another, Respondents.— Application denied, without costs.

CHARLES T. HOWE, Respondent, v. PERCIVAL E. FALKINGHAM, Appellant.— Application denied, with ten dollars costs.

---

## FIRST DEPARTMENT, MAY, 1922.

HENRY SHERMAN and Others, Doing Business under the Firm Name and Style of SHERMAN & SHAGAM, Respondents, v. FRANZ MERZ, Appellant.

*Trial — verdict — evidence.*

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office December 10, 1921, upon the verdict of a jury, and also from an order entered December 12, 1921, denying a motion for a new trial.

Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, upon the ground that the verdict is against the weight of the evidence. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.; Greenbaum, J., dissenting.

GREENBAUM, J. (dissenting): Defendant's failure to move for a dismissal of the complaint was in effect a concession that there was an issue of fact for the jury. (*Seeman* v. *Levine*, 205 N. Y. 514, 517.) The charge of the learned trial justice was clear and explicit and no exception thereto was taken by either party. There is nothing in the evidence which, in my opinion, would warrant the conclusion that the verdict was against the weight of the credible testimony. The judgment and order should be affirmed.

---

MADGE HART, Respondent, v. MAX HART, Appellant.

*Husband and wife — divorce — alimony and counsel fees.*

Appeal from an order of the Supreme Court, entered in the New York county clerk's office March 18, 1922, granting the plaintiff's motion for alimony and counsel fee.

PER CURIAM: The defendant at present is voluntarily paying or causing to be paid to plaintiff the sum of $115 a week. The order appealed from is modified by providing for the further payment of $85 a week, and by reducing the amount directed to be paid as counsel fee to the sum of $750; and as so modified affirmed, without costs, with leave to the plaintiff to renew the motion in case defendant discontinues the present voluntary payment. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ. Order modified as indicated in opinion and as so modified affirmed, without costs, with leave to plaintiff to renew motion in case defendant discontinues the present voluntary payment. Settle order on notice.